PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ INFORMATION ☐ INDICTMENT

CASE NO. ____________

USA vs.

Defendant: VICTOR MARIANI

Address:

REDACTED

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☑ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RI
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ADI GOLDSTEIN

☐ Inte

Birth Date

Social Se

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FOOD AND DRUG ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 26

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | SEE ATTACHMENT. | | |
| | | | |
| | | | |
| | | | |
| | | ESTIMATED TRIAL DAYS: 3-4 DAYS | |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

Defendant: **VICTOR MARIANI**

**COUNT I:** 18 U.S.C. Section 371 - One count of conspiring to distribute human growth hormones and anabolic steroids.

**PENALTIES**: 5 years imprisonment; a fine of up to $250,000.00; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNTS II-XII**: 21 U.S.C. Section 333(e)(1) and 18 U.S.C. Section 2 - Eleven counts of distributing and aiding and abetting the distribution of human growth hormones.

**PENALTIES**: 5 years imprisonment; a fine of up to $250,000.00; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNTS XIII-XXVI**: 21 U.S.C. Section 841(a)(1) & (b)(1)(D) & 18 U.S.C. Section 2; and 21 U.S.C. Section 853 - Fourteen counts of distributing and aiding and abetting the distribution of anabolic steroids, each of which is a Schedule III controlled substance; and, a forfeiture allegation.

**PENALTIES**: 5 years imprisonment; a fine of up to $250,000.00; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.