**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. No. CR 07-21S. |
| v. | : Violations: 18 U.S.C. §§ 2, 371; 21 U.S.C. |
| VICTOR MARIANI | : §§ 333(e)(1), 841(a)(1) & (b)(1)(D). |

# INFORMATION

The United States Attorney charges that:

## Introduction

At all times material to this Information:

1. Defendant VICTOR MARIANI was a licensed physician in the State of New York, License Number 184345, and maintained medical offices in various locations in Queens and Manhattan.

2. As a licensed physician, defendant VICTOR MARIANI was entitled to write and issue prescriptions for controlled substances only if issued in accordance with governing laws and regulations.

3. A prescription for a controlled substance could be issued only by an individual medical practitioner who was licensed to practice his or her profession and was either registered or exempted from registration with the Drug Enforcement Administration ("DEA") pursuant to 21 C.F.R. § 1306.03.

4. A person who has registered with the DEA pursuant to 21 C.F.R. §§ 1306.03 is referred to as a "registrant." According to DEA records, defendant VICTOR MARIANI is a registrant. Defendant VICTOR MARIANI has a valid DEA registration, number BM2723624,

with an expiration date of January 31, 2009.

5. A prescription for a controlled substance, to be effective, must be issued for a "legitimate medical purpose" by an individual practitioner acting in the usual course of his professional practice. 21 U.S.C. §§ 842(a)(1) and 829(a); 21 C.F.R. § 1306.04(a).

6. Testosterone Propionate, Stanozolol, Testosterone Cypionate, Fluoxymesterone and Nandrolone are anabolic steroids, each of which is a Schedule III Controlled Substance. The term "anabolic steroid" means "any drug or hormonal substance, chemically and pharmacologically related to testosterone." 21 U.S.C.§ 802 (41) (A) (xviii) & (xxiv) & (B) (ii).

7. The Federal Food, Drug, and Cosmetic Act prohibits knowingly distributing or possessing with intent to distribute human growth hormone for any use in humans other than the treatment of a disease or other recognized medical condition that had been authorized by the Secretary of Health and Human Services, and that was pursuant to the order of a physician. 21 U.S.C. § 333(e). The FDA has approved human growth hormones only for the following uses: short stature in children with growth hormone deficiency, short stature in children in idiopathic short stature, short stature in children with Turner or Prader-Willi syndrome, short stature in children with chronic renal insufficiency, adults with biochemically documented GHD diagnosed either in adulthood or childhood, adults with wasting disease associated with AIDS, and adults with short bowel syndrome. The FDA has not approved human growth hormones for use in any anti-aging or weight-loss treatments.

8. Human growth hormone is defined as Somatrem, Somatropin (also referred to as Somatotropin), or an analogue of Somatrem or Somatropin. 21 U.S.C. § 333(e)(4).

**COUNT 1**

(Conspiracy to Distribute Human Growth Hormones and Controlled Substances)

9. The United States realleges and incorporates by this reference paragraphs 1 - 8 of this Information in their entirety as though fully set forth herein.

10. From on or about April 2004 until on or about August 2006, the defendant, VICTOR MARIANI, together with a co-conspirator known to the United States Attorney, and others known and unknown to the United States Attorney, knowingly, willfully, and unlawfully combined, conspired, and agreed with each other to distribute anabolic steroids, each of which is a Schedule III controlled substance, and human growth hormones for uses that were not authorized by the Secretary of Health and Human Services pursuant to 21 U.S.C. § 355, in violation of 21 U.S.C. §§ 333(e)(1) , 841 (a)(1) & (b)(1)(D).

**Manner and Means of the Conspiracy**

11. It was part of the conspiracy that defendant VICTOR MARIANI caused pharmacists to dispense human growth hormones and anabolic steroids that are Schedule III controlled substances pursuant to prescriptions written by defendant VICTOR MARIANI, that he knew were not written for a legitimate medical purpose or for the treatment of a disease.

12. It was further part of the conspiracy that defendant VICTOR MARIANI provided prescriptions for the human growth hormone Somatropin (also referred to as Somatotropin) and for anabolic steroids that are Schedule III controlled substances to the co-conspirator in the names of individuals known to the co-conspirator, but not personally known to defendant VICTOR MARIANI, in that VICTOR MARIANI never spoke to, examined, or met the individuals for whom he wrote the prescriptions.

13. It was further part of the conspiracy that the co-conspirator would present prescriptions obtained from defendant VICTOR MARIANI to pharmacists, causing said pharamacists to dispense human growth hormones and controlled substances to customers all over the United States, including Rhode Island, knowing said prescriptions were not issued in the regular course of the practice of medicine, and were not for any approved treatment of a disease or recognized medical condition.

14. It was further part of the conspiracy that defendant VICTOR MARIANI wrote prescriptions for human growth hormones and anabolic steroids to customers residing in the District of Rhode Island, knowing that the substances were not prescribed for legitimate medical purposes but rather to be used by the customers for body-building, anti-aging, weight-loss, increased sex-drive, and other non-approved uses.

15. It was further part of the conspiracy that defendant VICTOR MARIANI was paid by the co-conspirator for each prescription he issued.

**Overt Acts**

16. In furtherance of the conspiracy and to accomplish its objectives and purposes, the defendant VICTOR MARIANI, the co-conspirator, and others known and unknown to the United States Attorney, in the District of Rhode Island and elsewhere, performed numerous overt acts, including but not limited to writing the following prescriptions for anabolic steroids or human growth hormones, which filled prescriptions were delivered to customers in Rhode Island, knowing that the prescriptions were not for legitimate medical purposes:

| | | | |
|---|---|---|---|
| A. | 03/17/05 | BC | SOMATOTROPIN |
| B. | 03/17/05 | DC | SOMATOTROPIN<br>TESTOSTERONE |
| C. | 03/17/05 | DC SR. | SOMATOTROPIN<br>TESTOSTERONE |
| D. | 04/04/2005 | JM | NANDROLONE CYPIONATE<br>TESTOSTERONE<br>SOMATROPIN |
| E. | 04/07/2005 | FM | SOMATROPIN<br>TESTOSTERONE |
| F. | 04/18/2005 | GB | SOMATROPIN |
| G. | 04/28/2005 | AN | TESTOSTERONE |
| H. | 07/27 /2005 | MG | SOMATROPIN<br>TESTOSTERONE |
| I. | 09/19/2005 | JK | SOMATROPIN<br>NANDROLONE DECANOATE |
| J. | 09/26/2005 | DQ | TESTOSTERONE<br>PROPIONATE |
| K. | 10/10/2005 | DQ | SOMATROPIN<br>STANOZOLOL |
| L. | 10/19/2005 | CP | SOMATROPIN<br>TESTOSTERONE |
| M. | 10/24/2005 | JP | SOMATROPIN<br>NANDROLONE |
| N. | 06/12/2006 | DD | TESTOSTERONE ENANTHATE |
| O. | 06/27/2006 | TI | STANOZOLOL |

All in violation of 18 U.S.C. § 371.

**COUNTS 2 - 12**
(Distribution of Human Growth Hormones)

17. On or about the dates listed below, in the District of Rhode Island and elsewhere, the defendant, VICTOR MARIANI, aiding and abetting an individual known to the United States Attorney, did knowingly and intentionally distribute the human growth hormone Somatropin (also referred to as Somatotropin), for a use other than for the treatment of a disease or recognized medical condition, where such use has not been authorized by the Secretary of Health and Human Services pursuant to 21 U.S.C.§ 355, each such instance being a separate Count of this Information:

| [redacted] | | | |
|---|---|---|---|
| 2 | 04/04/2005 | JM | SOMATROPIN |
| 3 | 04/07/2005 | FM | SOMATROPIN |
| 4 | 04/18/2005 | GB | SOMATROPIN |
| 5 | 04/22/2005 | DC | SOMATROPIN |
| 6 | 06/04/2005 | MG | SOMATROPIN |
| 7 | 07/05/2005 | MG | SOMATROPIN |
| 8 | 07/27 /2005 | MG | SOMATROPIN |
| 9 | 09/19/2005 | JK | SOMATROPIN |
| 10 | 10/10/2005 | DQ | SOMATROPIN |
| 11 | 10/19/2005 | CP | SOMATROPIN |
| 12 | 10/24/2005 | JP | SOMATROPIN |

All in violation of 21 U.S.C. § 333(e)(1) and 18 U.S.C. § 2.

**COUNTS 13-26**
(Distribution of Anabolic Steroids)

18. On or about the dates listed below, in the District of Rhode Island and elsewhere, the defendant VICTOR MARIANI, aiding and abetting an individual known to the United States Attorney, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of anabolic steroids, each of which is a Schedule III Controlled Substance, each such instance being a separate Count of this Information:

| [redacted] | | | |
|---|---|---|---|
| 13 | 04/04/2005 | JM | NANDROLONE CYPIONATE<br>TESTOSTERONE |
| 14 | 04/07/2005 | FM | TESTOSTERONE |
| 15 | 04/22/2005 | DC | TESTOSTERONE |
| 16 | 04/28/2005 | AN | TESTOSTERONE |
| 17 | 06/04/2005 | MG | TESTOSTERONE |
| 18 | 07/05/2005 | MG | TESTOSTERONE |
| 19. | 07/27 /2005 | MG | TESTOSTERONE |
| 20 | 09/19/2005 | JK | NANDROLONE DECANOATE<br>SUST-TESTOSTERONE<br>#1 TESTOSTERONE |
| 21 | 09/26/2005 | DQ | TESTOSTERONE PROPIONATE |
| 22 | 10/10/2005 | DQ | STANOZOLOL |
| 23 | 10/19/2005 | CP | TESTOSTERONE |
| 24 | 10/24/2005 | JP | NANDROLONE DECANOATE |
| 25 | 06/12/2006 | DD | TESTOSTERONE ENANTHATE |
| 26 | 06/27/2006 | TI | STANOZOLOL |

All in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(D) & 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

19. Pursuant to 21 U.S.C. §§ 333(e)(3), 853, upon conviction, the defendant, VICTOR MARIANI, shall forfeit to the United States any and all property, constituting or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the violations alleged in Counts 1-26 of this Information, said violations and/or any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to the following:

A sum of money equal to $ 34,845 in United States currency, representing the amount of proceeds obtained as a result of said offenses, computed as follows:

| | DATE | APG CHECK # | AMOUNT | PAYEE |
|---|---|---|---|---|
| 1. | 01/05/05 | 1035 | $275 | Health Wide Medical(HWM) |
| 2. | 02/06/05 | 1041 | $775 | HWM |
| 3. | 03/10/05 | 1045 | $1,225 | HWM |
| 4. | 04/12/05 | 1053 | $5,600 | HWM |
| 5. | 05/02/05 | 1054 | $4,075 | HWM |
| 6. | 06/03/05 | 1065 | $3,525 | HWM |
| 7. | 07/02/05 | 1071 | $2,575 | HWM |
| 8. | 08/02/05 | 1081 | $2,225 | DISA MEDICAL PC |
| 9. | 09/02/05 | 1095 | $2,550 | DISA MEDICAL PC |
| 10. | 10/03/05 | 1101 | $2,925 | DISA MEDICAL PC |
| 11. | 11/02/05 | 1113 | $2,520 | DISA MEDICAL PC |
| 12. | 12/01/05 | 1127 | $2,525 | DISA MEDICAL PC |
| 13. | 01/01/06 | 1142 | $400 | DISA MEDICAL PC |

| | | | | |
|---|---|---|---|---|
| 14. | 04/03/06 | 1031 | $150 | DISA MEDICAL PC |
| 15. | 07/03/06 | 1075 | $2,300 | VICTOR MARIANI |
| 16. | 08/01/06 | 1086 | $1,200 | VICTOR MARIANI |
| | **TOTAL:** | | **$34,845** | |

All in accordance with 21 U.S.C. §§ 333(e)(3), 853.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

LUIS M. MATOS
CHIEF, CRIMINAL DIVISION

Dated: February 20, 2007