UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : No. CR-07-021-01S
:
VICTOR MARIANI :

ENTRY OF APPEARANCE

I hereby enter my appearance as local counsel for the defendant, Victor Mariani, in the above matter.

Dated: 21 February 2007

Respectfully submitted,
Victor Mariani,
Defendant
By His Attorney

Anthony M. Traini (#4793)
56 Pine Street - Suite 200
Providence, RI 02903-2819
Tel. 401.621.4700
Fax 401.621.5888
E-mail: amt@atrainilaw.com

CERTIFICATE OF SERVICE

The foregoing document has been served by hand on Assistant United States Attorney Adi Goldstein on February 21, 2007.

Anthony M. Traini