O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
VICTOR MARIANI

WAIVER OF INDICTMENT

CR 07 021 S

CASE NUMBER:

I, VICTOR MARIANI, the above named defendant, who is accused of

one count of conspiring to distribute human growth hormones and anabolic steroids in violation of 18 U.S.C. Section 371 (Count I); eleven counts of distributing and aiding and abetting the distribution of human growth hormones, in violation of 21 U.S.C. Section 333(e)(1) and 18 U.S.C. Section 2 (Counts II-XII); fourteen counts of distributing and aiding and abetting the distribution of anabolic steroids, each of which is a Schedule III controlled substance, in violation of 21 U.S.C. Section 841(a)(1) & (b)(1)(D) & 18 U.S.C. Section 2 (Counts XIII-XXVI); and, a forfeiture allegation pursuant to 21 U.S.C. Section 853.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/21/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

VICTOR MARIANI
Defendant

ALAN PODHAIZER
Counsel for Defendant

Before
Judicial Officer USMJ