UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : No. CR-07-021-01S
:
VICTOR MARIANI :

MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Victor Mariani hereby moves that Alan Podhaizer, Esquire, be admitted Pro Hac Vice in the above case as counsel with local counsel identified below.

Victor Mariani,
Defendant
By His Attorney

Anthony M. Traini
Bar ID No.: (#4793)
56 Pine Street - Suite 200
Providence, RI 02903-2819

Dated: 21 February 2007

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York, and the United States District Courts for the Eastern and Southern Districts of New York, and my eligibility to practice before those Courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District in the last 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Alan Podhaizer, Esquire
New York State Bar No. 155738
601-A Surf Avenue - Suite 22C
Brooklyn, NY 11224
Tel. 718.946.4140
Fax 718.372.3295

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Anthony M. Traini (#4793)
56 Pine Street - Suite 200
Providence, RI 02903-2819
Tel. 401.621.4700
Fax 401.621.5888
E-mail: amt@atrainilaw.com

CERTIFICATE OF SERVICE

The foregoing document has been served by hand on Assistant United States Attorney Adi Goldstein on February 21, 2007.

Anthony M. Traini

**ORDER**

This motion is hereby Granted

District Judge

Date: 2/22/07