IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-021S |
| | ) | |
| VICTOR MARIANI | ) | |

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE THE DEFENDANT'S SENTENCING

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and hereby moves for a thirty-day continuance of the Defendant's sentencing. The Defendant has asked the government to make this motion on his behalf as Defendant's local counsel is undergoing medical treatment that would render him unavailable until at least September 28, 2007. I have attached defendant's letter to the government requesting this continuance.

The Defendant previously pled guilty before this Court and therefore the Speedy Trial Act is not implicated.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov

# CERTIFICATE OF SERVICE

On this 4th day of September, 2007, I caused the Government's Motion To Continue The Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Mr. Alan Podhaizer, Esq.
601-A Surf Avenue Suite 22C
Brooklyn, N.Y. 11224

/s/ ADI GOLDSTEIN

ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov