**ALAN PODHAIZER**
**Attorney at Law**
**(718)946-4140**
**(347)693-6212**
**Fax#(718)372-3295**

**August 23.2007**

**United States Attorney**
**District of Rhode Island**
**50 Kennedy Plaza 8th Floor**
**Providence, RI 02903**
**Attn: Adi Goldstein**

**Re: Victor Mariani:**

**Dear Adi Goldstein:**

I am sending you this letter in reference to the proposed September 7,2007 sentencing of Dr. Victor Mariani by Judge Hudson. I am requesting a postponement from the scheduled date until at least September 28,2007 for the following reasons.

1.Anthony Traini the local attorney is unavailable on September 7th and will probably not be available until the 28th .

2., September 14th 2007 and September 21,2007 are both Jewish Holidays and therefore I am not available on that date.

Your prompt attention to the matter would be greatly appreciated.

Yours Truly,

Alan Podhaizer

Alan Podhaizer