IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-021S |
| | ) | |
| VICTOR MARIANI | ) | |

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE THE DEFENDANT'S SENTENCING

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and hereby moves for a continuance of the Defendant's sentencing to a date on or after November 2, 2007 for the reasons set forth in the attached Memorandum. The Defendant has assented to this request.

The Defendant previously pled guilty before this Court and therefore the Speedy Trial Act is not implicated.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

On this _17th day of October, 2007, I caused the Government's Motion To Continue The Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Mr. Alan Podhaizer, Esq.
601-A Surf Avenue Suite 22C
Brooklyn, N.Y. 11224

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-021S |
| | ) | |
| VICTOR MARIANI | ) | |

MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING

The Government and the Defendant are requesting a continuance of the sentencing to a date on or after November 2, 2007. The primary reason for this request is that Defendants Ana Maria Santi and Daniel McGlone are currently scheduled to be sentenced in a related case on November 2, 2007. The Government believes that it would be beneficial, both for the Court and for the Government, to know what sentence was imposed on Defendant Santi (and to a lesser extent on Defendant McGlone) prior to sentencing Defendant Mariani.

The Government has already filed a downward departure motion for Defendant Mariani. While Defendants Mariani and Santi engaged in very similar conduct – writing fraudulent and medically unnecessary prescriptions for anabolic steroids and Human Growth Hormone to individuals with whom they did not have a doctor-patient relationship – the Government believes that Dr. Santi's conduct is more egregious for a number of reasons. First, Dr. Santi was previously convicted of three felonies that involved the unauthorized practice of medicine, health care fraud, and diversion of prescription drugs. Her medical license had been revoked for misconduct, yet she continued to present

herself as a doctor and utilized the credentials of another physician. Dr. Santi recruited Dr. Mariani to work for American Pharmaceutical Group. Finally, Dr. Santi continued to prescribe steroids and hGH even after her office and home were searched by the Food and Drug Administration and the Drug Enforcement Administration in 2005, and she was warned to cease and desist.

As a secondary reason for the request the government would note that the prosecuting Assistant will be out of town on October 19, 2007. Of course, coverage has been arranged for should the continuance be denied.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov

# CERTIFICATE OF SERVICE

On this 17th day of October, 2007, I caused the Government's Motion To Continue The Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Mr. Alan Podhaizer, Esq.
601-A Surf Avenue Suite 22C
Brooklyn, N.Y. 11224

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov