IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR. NO. 07-0021S |
| | : | |
| VICTOR MARIANI | : | |

CONSENT DECREE FOR FORFEITURE

Now come the United States of America, by and through its attorneys, and the defendant, Victor Mariani, individually and by and through his counsel, and agree and stipulate as follows:

1. that on February 14, 2007, the defendant entered into a plea agreement with the United States of America in which he agreed that he had derived $34,845 from the controlled substance violations for which he has been convicted;

2. that a final Order of Forfeiture in the form of a personal money judgment in the amount of $34,845 may be entered against the defendant pursuant to the Forfeiture Allegation charged in the Information under 21 U.S.C. § 853 and pursuant to Fed. R. Crim. P. 32.2(b)(1) and (c)(1).

SIGNED AND AGREED:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

DATE: Nov. 2, 2007

Adi Goldstein
Assistant U.S. Attorney

DATE: Nov 2 2007

VICTOR MARIANI
Defendant

EXHIBIT B

DATE: 11/2/07

ALAN PODHAIZER, ESQ.
Counsel for the Defendant

DATE: 11/2/07

ANTHONY M. TRAINI, ESQ.
Counsel for the Defendant



EXHIBIT B