IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 07-0021S
:
VICTOR MARIANI :

ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture requiring the defendant, VICTOR MARIANI, to forfeit thirty four thousand eight hundred and forty five dollars ($34,845.00) to the United States of America in the form of a money judgment, and Fed. R. Crim. P. 32.2(c)(1) providing that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment"; it is hereby

ORDERED, ADJUDGED and DECREED

1. that the defendant shall forfeit thirty four thousand eight hundred and forty five dollars ($34,845.00) to the United States of America pursuant to 21 U.S.C. § 853;

2. that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

3. that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

EXHIBIT C

4. that the United States of America may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Foreiture to substitute property having a value not to exceed thirty four thousand eight hundred and forty five dollars ($34,845.00) to satisfy this money judgment in whole or in part.

Ordered this 2d day of November, 2007.

ENTER:

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE

Presented By:

ADI GOLDSTEIN
Assistant U.S. Attorney

ALAN PODHAIZER, ESQ.
Counsel for the Defendant

ANTHONY M. TRAINI, ESQ.
Counsel for the Defendant



EXHIBIT C